WILLIAM R. TAMAYO (Cal. Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
CINDY O'HARA (Cal. Bar. No. 114555)
EQUAL EMPLOYMENT OPPORTUNITY
      COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, California 94103
Telephone No.        (415) 356-5053
Facsimile No.        (415) 356-5046

Attorneys for Plaintiff Equal Employment Opportunity Commission

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MOTEL 6 OPERATING L.P.,<br><br>Defendant. | Civil Action No. C-02-2001 CW<br><br>**COMPLAINT**<br><br>Civil Rights -<br>Employment Discrimination<br><br>**DEMAND FOR JURY TRIAL** |

### NATURE OF THE ACTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Diana L. Holdner, who was adversely affected by such practices. Defendant Motel 6 Operating L.P. subjected Ms. Holdner to unlawful sex discrimination when it discharged her from employment at its Arcata, California facility because of her pregnancy.

### JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706 (f) (1) and (3) of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C.

§2000e-5(f) (1) and (3); Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981(a); and the Pregnancy Discrimination Act of 1978, 42 U.S.C. §2000e(k).

## INTRA-DISTRICT ASSIGNMENT

2. This action is appropriate for assignment to the San Francisco/Oakland because the unlawful employment practices alleged were committed within Humboldt County.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706 (f) (1) and (3) of Title VII, 42 U.S.C. §2000e-5 (f) (1) and (3).

4. The Commission is informed and believes, and on said information and belief alleges that at all relevant times Defendant Motel 6 Operating L.P. ("Motel 6) is a limited partnership formed under the laws of the state of Delaware and operating under the laws of the state of California in the county of Humboldt, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Motel 6 has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Diana Holdner ("Charging Party") filed a charge with the Commission alleging violations of Title VII by Defendant Motel 6. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about May 28, 1999, Defendant engaged in unlawful employment practices in violation of Section 703 (a) (1) of Title VII, 42 U.S.C. §2000e-2(a) (1) by discriminating against Charging Party because of her sex in that she was discharged

because of her pregnancy.

8. The effect of the action complained of above has been to deprive Ms. Holder of equal employment opportunities and otherwise adversely affect her employment status because of her sex.

9. The unlawful employment practices complained of above were and are intentional.

10. The unlawful employment practices complained of above were done with malice and/or reckless indifference to the federally protected rights of Charging Party.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sex discrimination based on pregnancy, childbirth, or related medical conditions.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal Employment Opportunities for female employees and which eradicate the effect of their part and present unlawful employment practices of sex discrimination based on pregnancy, childbirth, or related medical conditions.

C. Order Defendant to make whole Charging Party by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, reinstatement and/or front pay in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Charging Party by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including but not limited to medical expenses, with interest, in amounts to be determined at trial.

E. Order Defendant to make whole Charging Party by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described above, including but not limited to emotional pain and

1 suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be
2 determined at trial.

3   F. Order Defendant to pay Charging Party punitive damages for its
4 malicious and reckless conduct described above, in amounts to be determined at trial.

5   G. Grant such further relief as the Court deems necessary and proper in the
6 public interest.

7   H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a jury trial.

Respectfully submitted,

NICHOLAS INZEO
Acting Deputy General Counsel

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of the General Counsel;
Washington, D.C. 20507
Telephone: (202) 663-4702

DATED: _____

WILLIAM R. TAMAYO
Regional Attorney

DATED: _____

JONATHAN T. PECK
Supervisory Trial Attorney

DATED: _____

CINDY O'HARA
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, California 94103
Telephone No. (415) 356-5053

**COMPLAINT**                                                        **Page 4**