1 WILLIAM R. TAMAYO – #084965 (CA)
JONATHAN T. PECK – #12303 (VA)
2 CINDY O'HARA – #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
3   COMMISSION
San Francisco District Office
4 901 Market Street, Suite 500
San Francisco, CA  94103
5 Telephone:    (415) 356-5053
Facsimile:     (415) 356-5046

Attorneys for Plaintiff Equal Employment Opportunity Commission

MICHAEL F. MARINO
8 MICHAEL J. MARINO
HUNTON & WILLIAMS
9 1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
10 Telephone:    (703) 714-7400
Facsimile:     (703) 714-7410

REBECCA A. HULL – #99802 (CA)
12 GAIL E. KAVANAGH – #154705 (CA)
SEDGWICK, DETERT, MORAN & ARNOLD
13 One Embarcadero Center, 16th floor
San Francisco CA 94111-3628
14 Telephone:    (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendant Motel 6 Operating L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) ) ) | Civil Action No. C-02-2001 CW |
| Plaintiff, ) ) | **STIPULATION OF DISMISSAL** |
| v. ) ) ) | |
| **MOTEL 6 OPERATING L.P.,** ) ) | |
| Defendant. ) ) ) | |

//

**STIPULATION OF DISMISSAL** Page 1

1  IT IS HEREBY STIPULATED by the parties to this action, by and through their counsel
2  of record, that pursuant to the provisions of a Settlement Agreement completed by the parties on
3  July 7, 2003, and Defendant having complied with the monetary provisions thereof, the above-
4  captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil
5  Procedure 41(a)(1).

6  **E-filing concurrence:**   I, Cindy O'Hara, attorney for Plaintiff EEOC, attest that I have obtained
7  the concurrence of Michael J. Marino, attorney for Defendant Motel 6 Operating L.P., for the
8  filing of this Stipulation of Dismissal.

9  Dated: July 11, 2003              EQUAL EMPLOYMENT OPPORTUNITY
                                     COMMISSION

11                                   By: /S/_____
                                         Cindy O'Hara
12                                       Attorneys for Plaintiff

13 Dated: July 11, 2003              HUNTON & WILLIAMS

15                                   By: /S/_____
                                         Michael J. Marino
16                                       Attorneys for Defendant

**STIPULATION OF DISMISSAL**                                                      Page 2