| | |
|---|---|
| 1 | WILLIAM R. TAMAYO – #084965 (CA) |
| | JONATHAN T. PECK – #12303 (VA) |
| 2 | CINDY O'HARA – #114555 (CA) |
| | EQUAL EMPLOYMENT OPPORTUNITY |
| 3 | COMMISSION |
| | San Francisco District Office |
| 4 | 901 Market Street, Suite 500 |
| | San Francisco, CA 94103 |
| 5 | Telephone:   (415) 356-5053 |
| | Facsimile:    (415) 356-5046 |
| 6 | |
| 7 | Attorneys for Plaintiff Equal Employment Opportunity Commission |

MICHAEL F. MARINO
MICHAEL J. MARINO
HUNTON & WILLIAMS
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
Telephone:   (703) 714-7400
Facsimile:    (703) 714-7410

REBECCA A. HULL – #99802 (CA)
GAIL E. KAVANAGH – #154705 (CA)
SEDGWICK, DETERT, MORAN & ARNOLD
One Embarcadero Center, 16th floor
San Francisco CA 94111-3628
Telephone:   (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendant Motel 6 Operating L.P.

FILED

JUL 1 4 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | Civil Action No. C-02-2001 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| MOTEL 6 OPERATING L.P., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

//

IT IS HEREBY STIPULATED by the parties to this action, by and through their counsel of record, that pursuant to the provisions of a Settlement Agreement completed by the parties on July 7, 2003, and Defendant having complied with the monetary provisions thereof, the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**E-filing concurrence:** I, Cindy O'Hara, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Michael J. Marino, attorney for Defendant Motel 6 Operating L.P., for the filing of this Stipulation of Dismissal.

Dated: July 11, 2003

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /S/_____
Cindy O'Hara
Attorneys for Plaintiff

Dated: July 11, 2003

HUNTON & WILLIAMS

By: /S/_____
Michael J. Marino
Attorneys for Defendant

JUL 14 2003

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL                                Page 2